UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS A. DOLAN          ]
    Plaintiff,           ]
                         ]
v.                       ]     No. 3:05-0401
                         ]     Judge Trauger
UNITED STATES OF AMERICA, ET AL.  ]
    Defendants.          ]

O R D E R

The Court has before it defendants' Motions to Dismiss (Docket Entry Nos. 16 and 28) and the plaintiff's Memoranda in Opposition to the Motions to Dismiss (Docket Entry No. 20 and 30).

In accordance with the accompanying Memorandum, the Court finds merit in the defendants' Motion to Dismiss. Therefore, these motions are GRANTED and this action is DISMISSED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge